# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00550-CV

**In re Moazami Homes, LLC, Amir A. Moazami, Moazami Holdings, LLC, Moazami Properties, LLC, Moazami Endeavors, LLC, Moazami Investments, LLC, and Caz Properties, LLC**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators In re Moazami Homes, LLC, Amir A. Moazami, Moazami Holdings, LLC, Moazami Properties, LLC, Moazami Endeavors, LLC, Moazami Investments, LLC, and Caz Properties, LLC have filed an unopposed motion to dismiss this mandamus proceeding. We grant relators' motion and dismiss the mandamus proceeding. *See* Tex. R. App. P. 42.1(a)(2)(A).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: March 28, 2024